## OBERFELDER v. U. P. R. Co., GARNISHEE.

*Appeal from Pottawattamie Circuit Court.*

TUESDAY, DECEMBER 12.

*J. S. Shropshire, J. M. Thurston* and *Wright & Baldwin,* for appellant.

*Smith, Carson & Harl,* for appellees.

ROTHROCK, J.—This case is in all material respects like that of *Mooney v. The Union Pacific Railway Co.,* decided at the present term. Following that case, this must be

AFFIRMED.